# ORDERS.

During the time of these Reports the Supreme Judicial Court made the following orders with respect to applications for leave to obtain further appellate review of cases decided by the Appeals Court.


July 15, 1981

*Granted*:

COMMONWEALTH *vs*. RICHARD N. CHASE.

*Denied*:

CARE AND PROTECTION OF TWO MINORS.

CHOMERICS, INC. *vs*. JOHN E. EHRREICH & another.

LOUIS B. CLOWS & another *vs*. PLANNING BOARD OF MIDDLETON.

COMMONWEALTH *vs*. ROBERT A. BAILEY.

COMMONWEALTH *vs*. JASPER DEERAN.

COMMONWEALTH *vs*. ARTHUR F. JOSEPH, III.

COMMONWEALTH *vs*. ROBERT McQUADE.

JOHN D. AHERN CO., INC. *vs*. TRUSTEES OF BOSTON UNIVERSITY (and a companion case). MR. JUSTICE BRAUCHER and MR. JUSTICE LIACOS did not participate.

MARION KAPLAN *vs*. SAMUEL W. BLACK (and a companion case).

JOSEPH W. MACDONALD *vs*. ROBERT S. HAWKER. MR. JUSTICE NOLAN did not participate.

LAWRENCE SMITH & others *vs*. ERNEST C. CAGGIANO.


July 29, 1981

*Denied*:

COMMONWEALTH *vs*. JOHN K. SMAJKIEWICZ.


August 5, 1981

*Granted*:

WALTER A. ZEROFSKI'S CASE.

*Denied*:

A. AMORELLO & SONS, INC. *vs*. BEACON CONSTRUCTION COMPANY, INC.

COMMONWEALTH *vs*. JOSEPH MICHAEL CARDILE.

COMMONWEALTH *vs*. THOMAS M. CARROLL.